**No. 47979.**—Protest 554985–G of Tientsin Trading Corp. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel that the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) some of them were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and others entered or withdrawn for consumption subsequent to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent under said paragraph 1504 (b) (5).

**No. 47980.**—Protests 560462–G, etc., of Kaplan Bros. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47981.**—Protest 563781–G of A. Hirschberger (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47982.**—Protests 648587–G, etc., of A. D. Cohen Co. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

JANUARY 27, 1943

**No. 47983.**—Protest 608963–G of Olivier Straw Goods Corp. Plaintiff's application for rehearing granted.

JANUARY 30, 1943

**No. 47984.**—Protests 78786–K, etc., of Iwata Trading Co.  Government's application for rehearing granted.

FEBRUARY 1, 1943

**No. 47985.**—Protest 58025–K of Strauss-Eckardt Co., Inc.  Plaintiff's application for rehearing granted.